# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON OMAR JUAREZ GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:25-cv-01404-CDS-NJK<br><br>**Order**<br><br>[Docket No. 10] |

Pending before the Court is a joint discovery plan and scheduling order. Docket No. 10.

According to Local Rule 26-1(b)(1), the presumptively reasonable length for discovery is 180 days from the date the first defendant answered or otherwise appeared. Further, "[d]iscovery periods longer than 180 days from the date the first defendant answers or appears will require special scheduling review." Local Rule 26-1(b)(1). Local Rule 26-1(a) states that a plan requesting longer deadlines "must state on its face 'SPECIAL SCHEDULING REVIEW REQUESTED'" and include, "a statement of the reasons why longer or different time periods should apply to the case or, in cases in which the parties disagree on the form or contents of the discovery plan, a statement of each party's position on each point in dispute."

Defendant filed its notice of removal on August 1, 2025. Both Plaintiff and Defendant request the discovery period begin from the date of the FRCP Rule 26 discovery conference. *See* Docket No. 10 at 2. Plaintiff requests a discovery period of 180 days, while Defendant requests 210 days. *See id.* Both requests are longer than the presumptively reasonable length, however the plan does not state on its face "SPECIAL SCHEDULING REVIEW REQUESTED" and the parties do not include a statement of reasons why longer time periods should apply. *See* Local Rule 26-1(a)-(b).

Accordingly, the joint discovery plan is **GRANTED** in part and **DENIED** in part as follows:

1

- Amend pleadings/ add parties:  October 30, 2025
- Initial experts:  December 1, 2025
- Rebuttal experts:  December 31, 2025
- Discovery cutoff:  January 28, 2026
- Dispositive motions:  February 27, 2026
- Joint proposed pretrial order:  March 30, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: September 15, 2025

_____
Nancy J. Koppe
United States Magistrate Judge