Gena L. Sluga
Nathan R. Andrews
**CHRISTIAN, JOHNSON,**
**SLUGA & MUSHMECHE, LLC**
8985 S. Eastern Avenue, Suite 200,
Las Vegas, Nevada 89123
Tel: (602) 792-1700
gsluga@cdslawfirm.com
nandrews@cdslawfirm.com
*Attorneys for Central Insurance Company*

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Omar Juarez Garcia, an individual,<br><br>Plaintiff<br><br>vs.<br><br>Central Insurance Company, an Ohio non-profit corporation; All America Insurance Company, an Ohio Corporation,<br><br>Defendants | Case No.2:25-cv-01404-CDS-NJK<br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE**<br><br>(Assigned to Hon. Judge Cristina D. Silva) |

Pursuant to FRCP Rule 41(a)(1), the parties stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs. A proposed form of order accompanies this stipulation.

DATED: February 4, 2026.

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC

By: */s/ Nathan R. Andrews*
    Gena L. Sluga
    Nevada Bar No. 9910
    Nathan R. Andrews
    Nevada Bar No. 16674
    8985 S. Eastern Ave., Ste. 200
    Las Vegas, NV 89123
    Telephone: (702) 362-6666
    Facsimile: (702) 362-2203
    gsluga@cdslawfirm.com
    nandrews@cdslawfirm.com

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

MAIER GUTIERREZ & ASSOCIATES

By: */s/ William A. Gonzales, II (with permission)*
    Danielle A. Tarmu
    Nevada Bar No. 11727
    William A. Gonzales, II
    Nevada Bar No. 15230
    8816 Spanish Ridge Avenue
    Las Vegas, NV 89148
    dat@mgalaw.com
    wag@mgalaw.com
    *Attorneys for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
**UNITED STATES DISTRICT JUDGE**

**Date:** February 6, 2026

2